UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS, | No. 2:13-CV-0234 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| BAR NONE ENTERPRISES, INC., | |
| Defendant. | |

In an order filed by the court on February 6, 2013, a status conference was set for June 20, 2013, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on June 10, 2013, but there was no appearance by defendant at the June 20th conference.

Accordingly, defendant is ordered to show cause on or before July 8, 2013, why they should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 1, 2013.

_____
UNITED STATES DISTRICT JUDGE

1