UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ROSS,

        Plaintiff,

   v.

BAR NONE ENTERPRISES, INC.,

        Defendant.

Civ. No.  S-13-0234 KJM KJN

ORDER

On July 1, 2013, this court directed defendant's counsel to show cause why he should not be sanctioned in the amount of $250 for his failure to appear at the pretrial scheduling conference on June 20, 2013.  Counsel has not responded to the court's order.

IT IS THEREFORE ORDERED that

1. Attorney Jeremy Millstone is sanctioned in the amount of $250 for his failure to attend the pretrial scheduling conference, payable to the court within seven days of the date of this order;

2. Attorney Millstone is directed not to pass this cost on to his client; and

3. A failure to comply with this order will result in a report of the non-compliance to the State Bar.

DATED:  September 5, 2013.

_____
UNITED STATES DISTRICT JUDGE