UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>                Plaintiff,<br><br>       v.<br><br>BAR NONE ENTERPRISES, INC.,<br><br>                Defendant. | No.  2:13-cv-00234-KJM-KJN<br><br><br>**ORDER TO SHOW CAUSE** |

On June 20, 2014, the court issued a minute order requiring plaintiff to submit a corrected settlement agreement within one week. ECF No. 25. Plaintiff has failed to comply with the court's order.

Accordingly, counsel for plaintiff is hereby ordered to show cause on or before July 3, 2014 why sanctions should not be imposed against counsel for their failure to comply with the court's order. Counsel is directed to submit a corrected settlement by July 3, 2014, or face a further order to show cause.

IT IS SO ORDERED.

Dated:  June 30, 2014.

UNITED STATES DISTRICT JUDGE

1