UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT ROSS,

Plaintiff,

v.

BAR NONE ENTERPRISES, INC.,

Defendant.

No. 2:13-cv-00234-KJM-KJN

ORDER

On June 30, 2014, the court issued an order to show cause directing counsel for plaintiff to show cause why sanctions should not be imposed for their failure to comply with the court's June 20, 2014 minute order requiring plaintiff to submit a corrected settlement agreement within one week. ECF No. 28.

On July 3, 2014, counsel for plaintiff filed a declaration attaching a corrected stipulation of class action settlement. ECF No. 29. The corrected settlement agreement is now on record and plaintiff's motion for preliminary approval is submitted. The court will issue an order on the matter in due course.

With regard to the court's order to show cause, plaintiff's counsel's declaration does not explain his failure to timely file a corrected settlement agreement. ECF No. 29. Given counsel's prompt filing of the corrected agreement once reminded by the court, the court declines

to impose sanctions. Counsel is cautioned however that future failures to comply with court orders are unlikely to be met with such restraint.

Dated: July 8, 2014.

UNITED STATES DISTRICT JUDGE